## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### Western Division

**UNITED STATES OF AMERICA**

-vs-                                                                          Case No.  07-6-0

**KEEVA COLE**

_____

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 40, FED.R.CRIM.P.

     **KEEVA COLE**, having been arrested and presented before me for removal proceedings pursuant

to Rule 40, Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule

5 (c) thereof, and of the provisions of Rule 20, the following has occurred of record.

     An Initial Appearance on the Rule 40 Violation of Probation from ED/MO was held on
January 9, 2007.

     Based on the defendant's waiver of identity hearing, I find that **KEEVA COLE** is the person
named in the warrant for arrest, a copy of which has been produced.

     No preliminary examination has been held because the defendant elects to have the
preliminary examination conducted in the district in which the prosecution is pending.

     It is, therefore,

     **ORDERED** that **KEEVA COLE** be held to answer in the district court in which the prosecution is

pending.  Final Commitment given to the U.S. Marshal.

     **DONE** and **ORDERED** in Chambers in Tennessee this ___19th _____ day of January, 2007.


     _____s/Diane K. Vescovo_____
     DIANE K. VESCOVO
     UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office